# FINANCIAL DISCLOSURE REPORT

AO 10
Rev. 1/91

Report Required by the Ethics Before Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOGAN, MICHAEL R. | United States District Court District of Oregon | 5/15/91 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) United States Magistrate Judge Full time | 5. Report Type (check appropriate type) ___ Nomination, Date_____ ___ Initial  X Annual  ___ Final | 6. Reporting Period 5/15/91- 1990 |
|---|---|---|

7. Chambers or Office Address

211 East 7th Avenue, Eugene, Oregon 97401

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

POSITION   NAME OF ORGANIZATION/ENTITY

[X] NONE (No reportable positions)

_____   _____
_____   _____

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

DATE   PARTIES AND TERMS

[X] NONE (No reportable agreements)

_____   _____
_____   _____

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [X] NONE (No reportable non-investment income) | | |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| | | $_____ |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>HOGAN, MICHAEL R. | Date of Report<br>5/15/91 |
|---|---|---|

## '. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| The Foundation | Lodging at 3-day conference at $99 + tax per night |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

VALUE CODES: J = $15,000 or less  K = $15,001 to $50,000  L = $50,001 to $100,000  M = $100,001 to $250,000
B = $250,001 to $500,000  O = $500,001 to $1,000,000  P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting HOGAN, MICHAEL R. | Date of Report 5/15/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Timberland in Coos County (purchased 1973 for $17M) | A | | M | Q | | | | | |
| one third interest in approx. 150 acres, located on Fairview Route | | | | | | | | | |
| 9 units of aptments in Coos Bay, Oregon (six units located in Myrtle Point, Or., and | E | Rent | M | W | | | | | |
| three units located in Bandon, Oregon) | | | | | | | | | |
| 345 shares stock in Bank of Myrtle Point (Oregon) | A | | J | T | sold | 1/91 | J | A | Western Bank |
| 1 single family bldg. lot in Springfield, Oregon, located on South 70th Street | A | | J | W | | | | | |
| 1/2 interest in 5-plex lot in Springfield, Oregon, located on 42nd Street | A | | K | W | | | | | |
| "Hills" timberland in Coos Bay, Oregon – one third interest in approximately | A | | J | Q | | | | | |
| 450 acres, located on Lampa Mountain Road | | | | | | | | | |
| Note receivable from bank of Myrtle Point, Oregon | C | | L | T | redemption | 1/91 | L | E | Western Bank |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to 5,000   D=$5,001 to $15,000
2 Value Codes: J=$15,000 or less   F=$50,001 to $100,000   G=$100,001 to $1,000,000   R=More than $1,000,000
(See Col. C1 & D3)   K=$250,001 to $500,000   O=$500,001 to $1,000,000   P=More than $1,000,000   N=$100,001 to $250,000
3 Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOGAN, MICHAEL R. | 5/15/91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____       Date _5/15/91_

NOTE. ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:       Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

AO 10
Rev. 1/91

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOGAN, MICHAEL R. | United States District Court District of Oregon | 5/31/91 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge Full time | ___ Nomination, Date_____ ___ Initial  X Annual  ___ Final | 1/1/91 to 6/1/91 |

| 7. Chambers or Office Address |
|---|
| 211 East 7th Avenue, Eugene, Oregon  97401 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

[X] NONE  (No reportable positions)

_____  _____  __  _____

_____  _____  __  _____

_____

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

[X] NONE  (No reportable agreements)

_____  _____  .

_____  _____

_____  _____

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

[X] NONE  (No reportable non-investment income)

| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
|  |  | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>HOGAN, MICHAEL R. | Date of Report<br>5/31/91 |
|---|---|---|

## '. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements or gifts) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOGAN, MICHAEL R. | 5/31/91 |

## INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code¹ (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code² (J-P) | (2) Value Method Code³ (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code² (J-P) | (4) Gain Code¹ (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Timberland in Coos County (purchased 1973 for #17M) | A | | M | Q | *See paragraph VIII | | | | | |
| 2 one third interest in approx. 150 acres, located on Fairview Route | | | | | | | | | | |
| 3 9 units of aptments in Coos Bay, Oregon (six units located in Myrtle Point, Or., and three units located in Bandon, Oregon | E | Rent | M | W | | | | | | |
| 4 single family bldg. lot in Springfield, Oregon, located South 70th Street | A | | J | W | | | | | | |
| 5 2 interest in 5-plex lot in Springfield, Oregon, located on 42nd Street | A | | K | W | | | | | | |
| 6 "Hills" timberland in Coos Bay, Oregon - one third interest in approximately 140 acres, located on Lampa Mountain Road | A | | J | Q | *See paragraph VIII | | | | | |
| 7 interest in Hogan Family Partnership | A | | N | W | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |

| Income/Gain Codes: | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| Value Codes: | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>HOGAN, MICHAEL R. | Date of Report<br>5/31/91 |
|---|---|---|

## 'III. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

My interest in two parcels of timberland was placed in the Hogan Family Partnership in

May, 1991, along with funds from the Shelter Trust established by my father, Robert G. Hogan,

deceased. I now own an 11% interest in that partnership with Maxine Hogan, my mother,

and Walter Hogan, my brother, which owns several family investments, which include real

estate, dairy cattle, stocks, bonds, and certificates of deposit.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____Michael R. Hogan_____     Date ___5/31/91___

NOTE    ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington DC 20544

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH

—

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 2,000 | 00 | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | * 260 | 00 | Notes payable to banks—unsecured | | |
| Listed securities—add schedule | | | Notes payable to relatives | | |
| Unlisted securities—add schedule | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | | |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid tax and interest | | |
| Doubtful | | | Real estate mortgages payable—add schedule | *** 66,500 | 00 |
| Real estate owned—add schedule | ** 360,000 | 00 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts—itemize: | | |
| Autos and other personal property | 40,000 | 00 | Credit cards | 2,000 | 00 |
| Cash value—life insurance | | | Note payable to family | | |
| Other assets—Remize: 11% interest in Hogan | | | partnership | 6,500 | 00 |
| Family Partnership | 490,000 | 00 | | | |
| | | | Total liabilities | 75,000 | 00 |
| | | | Net worth | 815,260 | 00 |
| Total assets | 890,260 | 00 | Total liabilities and net worth | 890,260.00 | |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | None | | | Are any assets pledged? (Add schedule.) | No | |
| On leases or contracts | None | | | | | |
| Legal Claims | None | | | Are you defendant in any suits or legal actions? | No | |
| Provision for Federal Income Tax | None | | | | | |
| Other special debt | None | | | Have you ever taken bankruptcy? | No | |

Digitized by Google